UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

v.   Case No. 2:97-cr-104-FtM-29SPC

**RODNEY GREENLEE**

---

REVOCATION OF SUPERVISED RELEASE
AND JUDGMENT AND COMMITMENT

On January 30, 2007, the Assistant United States Attorney Jeffrey Michelland and the defendant, **Rodney Greenlee**, with counsel Martin DerOvanesian appeared before the Court. **Rodney Greenlee** was sentenced on May 20, 1998 in the Middle District of Florida by the Honorable Henry L. Adams, Jr. for the offense of Possession with Intent to Distribute Cocaine Base within 1000 Feet of an Elementary School and received a sentence imposing 84 months' incarceration followed by a eight-year term of supervised release with special conditions to participate in a substance abuse treatment program and mental health treatment program. The Probation Officer of this Court has petitioned the Court to revoke the supervised release previously entered.

The Court finds, after hearing from counsel and the defendant that the defendant has violated the terms of the Supervised Release for the reasons stated in the Petition.

It is, therefore, **ORDERED AND ADJUDGED:**

1. The Superceding Petition (Doc. # 37 ) is **GRANTED.**

2. Supervised Release is **REVOKED** and the defendant **Rodney Greenlee** is hereby committed to the custody of the Bureau of Prisons or its authorized representative for **IMPRISONMENT** for a period of **33 Months,** or until the defendant is otherwise discharged as provided by law.

3. A term of Supervised Release is not reimposed.

4. The defendant is **REMANDED** to the custody of the United States Marshal Service to await designation of a facility.

5. The Court recommends the following:

    a. Participation in the Intensive 500 Hour Drug Treatment program, if and when eligible.

    b. Incarceration close to home (Fort Myers, Florida) if consistent with the drug treatment program.

It is further **ORDERED** that the Clerk deliver a certified copy of this Revocation of Supervised Release and Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the defendant.

**DONE** and **ORDERED** at Fort Myers, Florida this 31st day of January, 2007.

                                        JOHN E. STEELE
                                        UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record
        U.S. Marshal
        Probation